

Wednesday, July 12, 2017

No. 17–0441/AF. U.S. v. Michael R. Henry. CCA 38886. On consideration of Appellee's motion to dismiss the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals for lack of jurisdiction, it is noted that the Court of Criminal Appeals affirmed several of the findings of guilty, set aside other findings of guilty and the sentence, and remanded the record with a rehearing authorized. Under Article 67(c), UCMJ, this Court has jurisdiction to consider the petition. However, given the possibility of a rehearing, the petition is not ripe for review at this time. Accordingly, it is ordered that the motion to dismiss the petition for lack of jurisdiction is hereby denied, and the petition for grant of review is denied without prejudice to Appellant's right to raise the matters asserted during the normal course of appellate review.

No. 17–0502/AR. Ronald Gray, Petitioner v. United States, Respondent. Notice is hereby given that a motion to file an overlength petition for extraordinary relief in the nature of error coram nobis was filed under Rule 30 on this date.

No. 17–0474/AR. U.S. v. Carl H. Weicht, Jr. CCA 20160376. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to July 31, 2017.

No. 17–0485/AR. U.S. v. Patrick A. Battles. CCA 20140399. On consideration of Appellee's motion to dismiss the petition for grant of review, it is ordered that said motion is hereby granted without prejudice to Appellant's right to refile the petition during the course of normal appellate review.

No. 17–0501/AF. U.S. v. William E. Smith. CCA 38971. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 1, 2017.